UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ahmad Rasheed,                    )
                                  )
        Plaintiff,                )
                                  )
    v.                            )    Civil Action No.    **10 2088**
                                  )
Rhonda Reid Winston *et al.*,     )
                                  )
        Defendants.               )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack

of subject matter jurisdiction.

Plaintiff is a resident of Macon, Georgia. He sues Judge Rhonda Reid Winston of the

Superior Court of the District of Columbia, who presided over an action in the Probate Division

pertaining to the care of plaintiff's 100-year-old mother. In addition, plaintiff lists as defendants

other participants of the probate proceedings, including individuals apparently having power of

attorney over his mother's finances. In essence, plaintiff is challenging Judge Winston's order

dismissing his and his sister's "Petition for General Proceeding" and enjoining them from filing

another such petition without court approval. *See* Compl. Attachment (Order of Oct. 28, 2010).

The federal district court lacks subject matter jurisdiction to review the decisions of

another court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v.*

*United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995).

Plaintiff's recourse lies, if at all, in the District of Columbia Court of Appeals. A separate Order

of dismissal accompanies this Memorandum Opinion.

Date: December 3, 2010

United States District Judge